# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 16-62977-JRS |
| VANESSA MARIA BOYKIN, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

## APPLICATION TO EMPLOY SPECIAL COUNSEL

COMES NOW THE DEBTOR, by and through counsel, and respectfully requests this Court to authorize approval of the employment of **Kevin S. Sobel of Kanner & Pintaluga, P.A.** ("Special Counsel"), pursuant to 11 U.S.C. 327 to serve and represent the Debtor's Estate as special counsel of record, showing to this Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Section 1334, 28 U.S.C. Section 151, and 28 U.S.C. Section 157.

2.

This Court is the proper venue for this matter pursuant to 28 USC Section 1409.

3.

This matter is a core proceeding within the contemplation of 28 U.S.C. Section 157.

4.

Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code July 27, 2016 and is eligible for relief under 11 U.S.C. §109.

5.

The Debtor wishes to employ as Special Counsel an attorney duly admitted to practice

law for the express purpose of representing Debtor in matters related to a personal injury suit.

6.

The professional services that said Special Counsel would provide include, but are not limited to:

(a) Providing the Debtor with legal services regarding the case;
(b) Preparing on behalf of the Debtor the necessary applications, answers, orders and other legal papers pursuant to the matter; and
(c) Performing all other legal services for Debtor, which may be reasonably necessary.

7.

The Debtor has selected Special Counsel because they have considerable experience in matters of this nature and Debtor believes they are well qualified to represent Debtor in this area.

8.

The relevant qualifications of Special Counsel are in the attached Affidavit of Special Counsel.

9.

On or about October 4, 2018, Debtor formally retained Special Counsel to pursue a personal injury suit. The agreement between Debtor and Special Counsel provides for a contingent fee. A copy of this agreement is attached and all parties understand that any compensation paid to Special Counsel is subject to approval by this Court.

10.

To the best of Debtor's knowledge, said Special Counsel has no connection with the Debtor, any creditor or any other party in interest herein, their respective attorneys and/or accountants, the Chapter 13 Trustee, the United States Trustee, or any person employed in the

office of the Chapter 13 Trustee or the United States Trustee, and represents no interest adverse to the Debtor with respect to any matter on which said Special Counsel is to be employed by this Debtor.

WHEREFORE, Debtor prays that she be authorized to employ **Kevin S. Sobel** as Special Counsel in this case under Chapter 13 of the Bankruptcy Code with all compensation paid or to be paid to Special Counsel being subject to Court approval, and that it have such other and further relief as is just and proper.

Respectfully submitted,

/s/
Teresa Stephens
GA Bar No. 679464
Attorney for Debtor
BERRY AND ASSOCIATES
2751 Buford Hwy, Suite 600
Atlanta, GA 30324
(404) 235-3300
tstephens@mattberry.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          )
                                                )   CASE NO. 16-62977-JRS
VANESSA MARIA BOYKIN,                           )
                                                )   CHAPTER 13
            Debtor.                             )

## AFFIDAVIT OF SPECIAL COUNSEL

I, **Kevin S. Sobel,** hereby make solemn oath,

1. I am an attorney and counselor at law, duly admitted to practice in the State of Georgia.

2. I maintain an office for the practice of law located at: **201 Peachtree St NE, Suite 200, Atlanta, GA 30303.**

3. My office phone number is **800-586-5555.**

4. I represent no interest adverse to the Debtor or to the Estate in the matters upon which I am to be engaged for the Debtor, and I am a "disinterested person" within the contemplation of 11 U.S.C. Section 101(14).

5. I represent the Debtor in this instant matter but otherwise have no connection to any creditors, their respective attorneys or any other party in interest.

6. I am familiar with the law in this area and competent to assist the debtor(s) in these matters.

This the ___9th___ day of __April__ 2019.

Respectfully submitted,

Kevin S. Sobel
GA Bar No. __130422__

Sworn and Subscribed before me
This __9__ day of __April__, 2019.

_____
Notary Public

SAMANTHA JO USBELGER
Notary Public - State of Florida
Commission # GG 229879
My Comm. Expires Jun 19, 2022
Bonded through National Notary Assn.

Kanner & Pintaluga



## **RETAINER AGREEMENT**

I /We hereby employ the firm of KANNER & PINTALUGA, PA as my/our Attorney(s) to prosecute or settle my/our claim for damages against: _____ and any and all persons, corporations, organizations, whatsoever arising out of an accident or incident which occurred to me/us on or about _____ at or near _____

The undersigned (s) hereby agrees to pay said Attorney(s) for their services the following fee from the GROSS SETTLEMENT:

        33 1/3 %        If settled without a lawsuit;

        40%        If lawsuit is filed; and

        45%        If an appeal is taken from the lower Court by either side.

I/We further agree to pay costs which include, but are not limited to, court reporter charges, deposition charges, charges for medical and police reports, charges for unpaid medical services for which letters of protection have been forwarded to the respective health care providers, photographs, independent investigative charges, independent benefit verification charges, expert witness charges, etc. Such expenses are to be deducted after the above settlement contingency fee is calculated and shall be deducted from the client's net proceeds. In addition, my Attorney(s) is hereby authorized to pay on my/our behalf, from the client's net proceeds, any hospital, doctor, ambulance or other medical bills which remain unpaid at the time said recovery is made, which amounts will be deducted from the proceeds received.

Said Attorney(s) accepts this employment on the condition that they will investigate said claim to determine if there exists a reasonable possibility of making a recovery. If, after due investigation and careful consideration, said Attorney(s) conclude in their sole discretion that to proceed with the same would result in prosecution of an unmeritorious claim, or that it would be economically disadvantageous to pursue said claim, then the Attorney(s) shall have the right to rescind this agreement and, upon proper notice to the undersigned, withdraw as counsel.

Should client(s) decide to terminate Attorney(s), with or without cause, or Attorney(s) withdraw from representation for good cause, where a monetary offer to settle has not been made by any party, insurance carrier or company, client agrees to pay attorney for the hours the Attorney(s) utilized in its representation of this matter, billed at $350.00 per hour and paralegal/legal assistant billed at $100.00 per hour. Should client decide to terminate

Attorney(s), with or without cause, or Attorney(s) withdraw from representation for good cause, and at the time of termination a monetary offer to settle the claim has been made by any party, insurance carrier of company, regardless of their fault or liability, client(s) agree(s) to pay the greater of the Attorney's contingency fee based upon the amount of the offer(s) or for the hours the Attorney(s) utilized in its representation of this matter, billed at $350.00 per hour. If Attorney(s) are forced to bring an action to enforce its right to compensation under this agreement, the party prevailing in the litigation shall be entitled, in addition to such other relief as may be granted, to a reasonable sum as attorney's fees plus costs expended in the course of litigation. Should litigation be necessary, client agrees and voluntary consents with full knowledge and understanding that the jurisdiction and venue shall reside in Dekalb County, Georgia.

Client agrees that Attorney(s) may employ associate counsel to assist them in prosecuting client's claim(s), which shall include, without limitation, associating counsel for litigation, or appellate purposes. Client agrees that, in such event and unless otherwise notified, Attorney(s) shall share their fees recovered under this agreement with the associate counsel, with the fees being divided evenly (50/50) and each firm retaining joint responsibility for the representation in accordance with Georgia law.

Client agrees to a One Hundred Twenty-Five Dollar ($125.00) fee for file maintenance. Expenses and charges, including copying at .25 cents per page, and facsimile transmittals at $1.00 per page and long distance phone calls, shall be deducted from the net amount of client's net proceeds, in addition to the Attorney (s) Fees and costs referenced above.

In addition, my Attorney(s) is hereby authorized to utilize on my/our behalf any collateral source(s) I/we may have, such as health insurance or Medpay, to pay/lower my medical bills, as well as to pay on my/our behalf, from the client's net proceeds, any hospital, doctor, ambulance or other medical bills which remain unpaid at the time said recovery is made, which amounts will be deducted from the proceeds received

_____    _____    _____    _____
**SIGNATURE OF CLIENT**                DATE        **SIGNATURE OF CLIENT**                DATE
(Or legal representative)                              (Or legal representative)

**Accepted and Approved:**
Law Offices of Kanner & Pintaluga, P.A.

By _____
       FOR THE FIRM

7

## CERTIFICATE OF SERVICE

     This is to certify under penalty of perjury that I am over the age of 18 and that on this day I served the following parties with a copy of the attached pleadings by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Office of US Trustee
75 Ted Turner Dr. SW
Suite 362
Atlanta, GA 30303

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Ave, Suite 120
Atlanta GA 30303

Vanessa M. Boykin
3308 Jameson Pass
Alpharetta, Georgia  30022

Kevin S. Sobel
Kanner & Pintaluga, P.A.
201 Peachtree St. N.E.
Suite 200
Atlanta, GA 30303

(Plus to all Creditors on the attached Creditor Mailing Matrix)

     This the 10th day of April, 2019.

                                                   /s/
                                         Teresa Stephens
                                         GA Bar No. 679464
                                         Attorney for the Debtor

BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300

```
Label Matrix for local noticing          Afni, Inc.                                Julie M. Anania
113E-1                                    Po Box 3097                              Nancy J. Whaley
Case 16-62977-jrs                         Bloomington, IL 61702-3097               Standing Chapter 13 Trustee
Northern District of Georgia                                                       Suite 120
Atlanta                                                                            303 Peachtree Center Avenue
Wed Apr 10 13:51:03 EDT 2019                                                       Atlanta, GA 30303-1286

Associated Credit Unio                    Associated Credit Union                  Avonlea on the River Apts.
6789 Peachtree                            c/o Thompson O'Brien Kemp & Nasuti P.C.  6015 State Bridte Road
Atlanta, GA 30360                         40 Technology Pkwy S, Suite 300          Johns Creek, GA 30097-6454
                                          Norcross, Georgia 30092-2924


Matthew Thomas Berry                      Vanessa Maria Boykin                     Capital One Bank (USA), N.A.
Matthew T. Berry & Associates             3308 Jameson Pass                        by American InfoSource LP as agent
Suite 600                                 Alpharetta, GA 30022-3031                PO Box 71083
2751 Buford Highway, NE                                                            Charlotte NC 28272-1083
Atlanta, GA 30324-5457


 (p)CAPITAL ONE                           Comenity Capital/hsn                     Credit One Bank Na
PO BOX 30285                              995 W 122nd Ave                          Po Box 98872
SALT LAKE CITY UT 84130-0285              Westminster, CO 80234-3417               Las Vegas, NV 89193-8872



First Premier Bank                        Gordon Fong                              Hyeon Jeong
3820 N Louise Ave                         3940 Buford Hwy, A101                    c/o Claire D. Lom
Sioux Falls, SD 57107-0145                Duluth, GA 30096-8212                    3575 Koger Blvd.
                                                                                   Suite 250
                                                                                   Duluth, GA 30096-4954


Hyeon Jeong                               LVNV Funding, LLC its successors and assigns   Mid America Bank & Tru
c/o Grace Yoon Tram                       assignee of FNBM, LLC                          216 West 2nd St
Crye-Leike Realty                         Resurgent Capital Services                     Dixon, MO 65459-8048
2550 Pleasant Hill Road, Suite 121        PO Box 10587
Duluth, GA 30096-9278                     Greenville, SC 29603-0587


Midamerica/milestone/g                    Albert F. Nasuti                         Optimum Outcomes Inc
Po Box 4499                               Thompson, O'Brien, Kemp & Nasuti, PC     2651 Warrenville Rd Ste
Beaverton, OR 97076-4499                  Suite 300                                Downers Grove, IL 60515-5544
                                          40 Technology Parkway South
                                          Peachtree Corners, GA 30092-2924


Premier Bankcard LLC                      Premier Bankcard, Llc                    Michael Brian Pugh
Jefferson Capital Systems LLC Assignee    c o Jefferson Capital Systems LLC        Thompson O'Brien Kemp & Nasuti, P.C.
a/k/a Premier Bankcard MC                 Po Box 7999                              Suite 300
PO Box 7999                               Saint Cloud Mn 56302-7999                40 Technology Parkway South
St. Cloud MN 56302-7999                                                            Peachtree Corners, GA 30092-2924


Quantum3 Group LLC as agent for           Quantum3 Group LLC as agent for          Quantum3 Group LLC as agent for
Comenity Capital Bank                     GPCC I LLC                               JH Portfolio Debt Equities LLC
PO Box 788                                PO Box 788                               PO Box 788
Kirkland, WA  98083-0788                  Kirkland, WA  98083-0788                 Kirkland, WA  98083-0788


Quantum3 Group LLC as agent for           Quantum3 Group LLC as agent for          Quintus Corp d/b/a Avonlea on the River
JH Portfolio Debt Equities LLC            Sadino Funding LLC                       c/o RBBS, LLC
a/k/a Capital One Bank USA N.A.           PO Box 788                               3105 Washington Rd, Suite C
PO Box 788                                Kirkland, WA  98083-0788                 East Point, GA 30344-5434
Kirkland WA 98083-0788
```

```
Quintus Corp. d/b/a Avonlea on the River      (p)SCANA AND SUBSIDIARIES              Scana Energy Marketing
1827 Powers Ferry Road SE                     220 OPERATION WAY                      3344 Peachtree Rd Ne Ste
Bldg 2, Suite 200                             MAIL CODE C 222                        Atlanta, GA 30326-4808
Atlanta, GA 30339-5621                        CAYCE SC 29033-3701


Teresa R. Stephens                            Webbank/fingerhut                      Nancy J. Whaley
Matthew T. Berry & Associates                 6250 Ridgewood Roa                     Nancy J. Whaley, Standing Ch. 13 Trustee
Suite 600                                     Saint Cloud, MN 56303-0820             303 Peachtree Center Avenue
2751 Buford Highway NE                                                               Suite 120, Suntrust Garden Plaza
Atlanta, GA 30324-5457                                                               Atlanta, GA 30303-1216


World Finance Corp
108 Frederick Streetn
Greenville, SC 29607-2532
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Capital One Bank Usa N                        SCANA Energy Marketing, Inc. dba SCANA Energ
15000 Capital One Dr                          220 Operation Way
Richmond, VA 23238                            MC 222
                                              Cayce, SC 29033
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Associated Credit Union                    End of Label Matrix
                                              Mailable recipients    36
                                              Bypassed recipients     1
                                              Total                  37
```